FILED

2003 OCT 10 P 12 07

U.S. DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF JUDE HENAULT, ET AL.<br>Plaintiffs, | : <br> : | NO. 3:03CV00999(DJS) |
| v. | : | |
| AMERICAN FOAM CORPORATION,<br>ET AL.<br>Defendants. | :<br>:<br>: | OCTOBER 9, 2003 |

### PLAINTIFFS' MOTION FOR RECONSIDERATION OF TRANSFER ORDER

The plaintiffs in the above captioned action, pursuant to Local Rules 7(c) and 83.7, respectfully move this court for reconsideration of its October 3, 2003 Order to transfer this case to the United States District Court for the District of Rhode Island. In support of this Motion for Reconsideration, the plaintiffs make the following representations:

1. In a Memorandum of Decision dated October 3, 2003 ("the Order"), this Court ordered the transfer of this action to the United States District Court for the District of Rhode Island.

2. The Court found that many of the factors to be considered when determining whether to transfer a case pursuant to 28 U.S.C. Sec. 1404 did not

1

10/15/03 DENIED.
[signature] DISTRICT JUDGE

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515

