# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Estate of Jude B. Henault, et al.

v.

American Foam Corporation, et al.

**APPEARANCE**

CASE NUMBER: 03-CV-00999 (DJS)

To the Clerk of this court and all parties of record: Defendant Jack Russell

Enter my appearance as counsel in this case for:

October 6, 2003
_____
Date

ct25232
_____
Connecticut Federal Bar Number

(310)553-8833
_____
Telephone Number

(310)553-9233
_____
Fax Number

_____
E-mail address

_____
Signature

Edwin F. McPherson
_____
Print Clearly or Type Name

1801 Century Park East, 24th Floor
_____
Address

Los Angeles, CA 90067
_____

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

**SERVICE LIST**

Randall S. Souza, Esq.
NIXON PEABODY LLP
One Citizen Plaza
Suite 700
Providence, Rhode Island 02903

Daniel J. Horgan, Esq.
THE HORGAN LAW OFFICE
5 Shaw's Cove
Suite 200
New London, CT 06320

John J. Nazzaro, Esq.
164 Hempstead St.
New London, CT 06320

James H. Rotondo, Esq.
DAY BERRY & HOWARD, LLP
City Place
185 Asylum St.
Harford, CT 06103

Carla Ottaviano, Esq.
DUBORG & FARRELL
200 Glasonbury Blvd.
Suite 301
Glastonbury, CT 06033

Christopher J. Lynch, Esq.
HALLORAN & SAGE, LLP
One Goodwin Square
225 Asylum St.
Hartford, CT 06103

Bruce P. Keller, Esq.
DEBEVOISE & PLIMPTON
919 Third Avenue
New York, NY 10022

Ralph J. Monaco, Esq.
CONWAY & LONDREGAN, P.C.
38 Huntigton St.
P.O. Box 1351
New London, CT 06320

Robert I. Reardon, Jr., Esq.
THE REARDON LAW FIRM
160 Hempstead St.
P.O. Drawer 1430
New London, CT 06320

David B. Zabel, Esq.
COHEN & WOLF, P.C.
1115 Broad St.
P.O. Box 1821
Bridgeport, CT 06601

Mark K. Ostrowski, Esq.
SHIPMAN & GOODWIN, LLP
One American Row
Hartford, CT 06103

Michael T. Ryan, Esq.
RYAN, RYAN, JOHNSON & DELUCA, LLP
80 4th Street
P.O. Box 3057
Stamford, CT 06905

Anthony F. DeMarco, Esq.
REYNOLDS DEMARCO & BOLAND
170 Westminister St.
Suite 200
Providence, RI 02903

Edward T. Hinchey, Esq.
SLOANE & WALSH LLP
Three Center Plaza
8th Floor
Boston, MA 02108

Thomas C. Angelstone, Esq.
HODOSH SPINELLA & ANGELONE, P.C.
One Turks Head Place
Suite 1050
Providence, RI 02903