**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CONNECTICUT 06103

| KEVIN F. ROWE | TEL. NO. 240-3200 | VICTORIA C. MINOR |
|---|---|---|
| CLERK | (AREA CODE 860) | CHIEF DEPUTY CLERK |
| | | MARY WIGGINS |
| | | DEPUTY-IN-CHARGE |

ESTATE OF JUDE HENAULT, ET AL                  CA 03-483

V.                      Case Number:   3:03cv00999 (DJ

AMERICAN FOAM CORPORATION

Notice to Clerk, District Court,
for the District of **Rhode Island**
---------------------

Dear Clerk:

Enclosed is the original file and certified copies of the memorandum and decision and docket entries in the above-entitled case which has been transferred to your court.

Kindly acknowledge receipt of same on the copy of this notice and return it in the envelope provided.

Dated at Hartford, Connecticut, October 20, 2003.

                KEVIN F. ROWE, CLERK

            By: _____
                Barbara Grady
                Deputy Clerk

Enclosures


This acknowledges receipt of this case file and certified copies of the Order and docket entries.

Case was received in this District on   10/22/03

Assigned case number: _____

This case was received by: _____